UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

```
*************************************
Mark M. Mason,                       *
                                     *
            Plaintiff                *
                                     *
v.                                   *    Case No. 1:20-cv-00838-JL
                                     *
FMH Wind Down Company,    ,          *
                                     *
            Defendant                *
*************************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (A)( ii) and Fed. R. Civ. P. 41 (a)(1) (a)(B) and without costs.  All rights of appeal are hereby waived.

                Respectfully submitted,

                MARK M. MASON,
                By his attorneys,
                DOUGLAS, LEONARD & GARVEY, P.C.

Dated:  October 21, 2021        By:    /s/ Benjamin T. King
                                                   Benjamin T. King, NH Bar #12888
                                                   14 South Street, Suite 5
                                                   Concord, NH 03301
                                                   (603) 224-1988
                                                   benjamin@nhlawoffice.com

                                           and

|  |  |
|---|---|
|  | FMH WIND DOWN COMPANY<br>By its attorneys,<br>JACKSON LEWIS, P.C. |
| Dated:  October 21, 2021        By: | /s/ K. Joshua Scott<br>K. Joshua Scott, NH Bar #17479<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>(603) 559-2700<br>joshua.scott@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served through ECF this 21st day of October 2021, to all counsel of record.

/s/ Benjamin T. King
Benjamin T. King